# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LORENZ, | 1:09-cv-01601- DLB (HC) |
|     Petitioner, | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| v. | |
| COLLEEN NOLL, Warden | |
|     Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed in forma pauperis.

    IT IS SO ORDERED.

  Dated:   **September 29, 2009**       **/s/ Dennis L. Beck**
                                                                      UNITED STATES MAGISTRATE JUDGE